```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

GUY CLAYTON BARNES                                            PLAINTIFF

        v.                Civil No. 10-2030

STATE OF ARKANSAS;
SEBASTIAN COUNTY CIRCUIT
COURT, Twelfth Judicial District
and DANIEL SHUE, Prosecuting Attorney                         DEFENDANT

### ORDER

NOW on this 14th day of July 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #4), filed on April 7, 2010, and plaintiff's objections, entitled Appeal of Court Recommendation of the Magistrate Judge (document #6), filed on April 26, 2010. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should and will be overruled.

    2. The Report and Recommendation is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED**

    \* that plaintiff's objections to the **Report And Recommendation of the Magistrate Judge** be, and they hereby are, **overruled**;

    \* that the said **Report and Recommendation of the Magistrate Judge** be, and it hereby is, **adopted *in toto***.

**IT IS FURTHER ORDERED** that, because the claims are frivolous, fail to state claims upon which relief may be granted, or are asserted against individuals or entities immune from suit, plaintiff's

complaint should be, and hereby is, **dismissed**. *See* 28 U.S.C. § 1915A(b).

**IT IS FURTHER ORDERED** that the dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE